

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00673-CV

Oscar **REYES**, Jr.,
Appellant

v.

Roberto M. **BARRASA**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-04799
Honorable Janet P. Littlejohn, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Roberto M. Barrasa, recover his costs of this appeal from appellant, Oscar Reyes, Jr.

SIGNED September 11, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice